OPINION — AG — FOR THE FISCAL YEAR BEGINNING JULY 1, 1954, AND ENDING JUNE 30, 1955, THE ANNUAL SALARY OF A STENOGRAPHER OR COURT REPORTER FOR THE COUNTY JUDGE OF CARTER COUNTY AS PROPOSED BY THE COUNTY JUDGE AND APPROVED BY THE BOARD OF COUNTY COMMISSIONERS, MAY BE IN ANY AMOUNT EXCEEDING $3,141.57 CITE: 19 O.S.H. 179.1, 19 O.S.H. 179.6, 19 O.S.H. 179.7 (JAMES C. HARKIN)